UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RIVERA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL NUCLEAR SECURITY ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | Case No. 4:19-cv-02515-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On August 13, 2019, the Court held a case management conference, where Plaintiff did not appear.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than August 23, 2019, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: August 14, 2019

　　　　　　　　　　　_____
　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　United States Magistrate Judge