UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL NUCLEAR SECURITY ADMINISTRATION, et al.,<br><br>    Defendants. | Case No. 4:19-cv-02515-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 15 |

On August 13, 2019, the Court held a case management conference, where Plaintiff did not appear. On August 14, 2019, the Court issued an order to show cause why sanctions should not be imposed on counsel for his failure to appear. (Dkt. No. 15.)

Plaintiff's counsel filed his response on August 14, 2019, and explained that a calendaring error resulted in his appearance in San Francisco instead of in Oakland. (Dkt. No. 16 at 1.)

Accordingly, the order to show cause is DISCHARGED. Plaintiff is advised that any future failure to appear may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: August 20, 2019

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge